UNITED STATES DISTRICT COURT
For The Southern District Of New York

_____
                                                               )
**COUNTER TERRORIST GROUP US,**       )
**COUNTERR GROUP,** *and* **J. K. IDEMA,**   )    Civil Action No. 07-9827
        *Plaintiffs,*                                    )
    v.                                                       )
                                                               )
**MAXIM MAGAZINE, aka MAXIM,**           )
**STUFF MAGAZINE, aka STUFF,**              )
**DENNIS STUFF, INC.,**                              )
**DENNIS PUBLISHING, INC.,**                   )
**ALPHA MEDIA GROUP,**                          )
**QUADRANGLE CAPITAL PARTNERS,** )
**QUADRANGLE GROUP LLC,**                  )
**FELIX DENNIS, ED NEEDHAM,**               )    **RULE 7.1 STATEMENT**
**GARY FRENCH, STEPHEN COLVIN,**       )
**SEAMUS McGRAW, LAURA WINTER,**   )
**MOHAMMED NAHIM DAWARI,**             )
**ABDUL BASSET BAKTYARI,**                   )
**JOHN DOES 1-7,**                                       )
        *Defendants.*                                  )
_____)

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Counter Terrorist Group US and Counterr Group ( private non-governmental parties) certify that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

      Respectfully submitted,

Dated: November 7, 2007

_____
**Vijayant Pawar (VP-7642)**
**SDNY BAR**
**Law Offices of**
**VIJAYANT PAWAR**
**35 Airport Road, Suite 330**
**Morristown, New Jersey 07960**
**Phone – (973) 267-4800**
**Fax - (973) 215-2882**