| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT** | |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** | |
| TITLE: | **PROCESS SERVER** | DATE: **03/04/2008  03:21PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

QUADRANGLE CAPITAL PARTNERS

Place where served:

375 PARK AVE   NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ROBIN COHEN

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03 /04 / 20 08        _____ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

03-04-08

| ATTORNEY: | JOHN EDWARD TIFFANY, ESQ |
| PLAINTIFF: | COUNTER GROUP, ET AL |
| DEFENDANT: | MAXIM MAGAZINE, ET AL |
| VENUE: | NYDISTRICT |
| DOCKET: | 07 CV 9827 |

JANIHA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ