AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Counterr Group,
Counter Terrorist Group US, and J. K. Idema,

v.

MAXIM MAGAZINE, aka MAXIM,
STUFF MAGAZINE, aka STUFF, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CIV-

**07 CIV 9827**

TO: (Name and address of Defendant)

STEPHEN COLVIN
c/o DENNIS PUBLISHING, INC.
1040 Avenue of Americas
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              NOV 0 5 2007
CLERK                                           DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/4/08 |
| NAME OF SERVER (PRINT) Bradley Kasten | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Philippa Colvin, wife

☐ Returned unexecuted:

Summons and Complaint were served with Requests for Admissions, Production, and Interrogatories attached thereto.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/08
                Date                Signature of Server

43 Bronx River Rd
Address of Server
Yonkers NY 10704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.