# UNITED STATES DISTRICT COURT
## For The Southern District Of New York

_____

| | |
|---|---|
| COUNTER TERRORIST GROUP US, | ) |
| COUNTERR GROUP, *and* J. K. IDEMA, | )    ECF |
| *Plaintiffs,* | ) |
| | ) **Plaintiffs'** |
| **v.** | ) **Motion To Reconsider** |
| | ) |
| **MAXIM MAGAZINE, aka MAXIM,** | ) |
| **STUFF MAGAZINE, aka STUFF,** | ) |
| **DENNIS STUFF, INC.,** | ) |
| **DENNIS PUBLISHING, INC.,** | ) |
| **ALPHA MEDIA GROUP,** | ) |
| **QUADRANGLE CAPITAL PARTNERS,** | ) **Case # 07 CV 9827 (DAB)** |
| **QUADRANGLE GROUP LLC,** | ) |
| **FELIX DENNIS, ED NEEDHAM,** | ) **Assigned Judge:** |
| **GARY FRENCH, STEPHEN COLVIN,** | ) Honorable Deborah A. Batts |
| **SEAMUS McGRAW, LAURA WINTER,** | ) |
| **MOHAMMED NAHIM DAWARI,** | ) |
| **ABDUL BASSET BAKTYARI,** | ) |
| **JOHN DOES 1-7,** | ) |
| *Defendants.* | ) |

_____

## MOTION FOR RECONSIDERATION OF DISMISSAL OF CASE BASED ON A MISUNDERSTANDING WITH THE COURT AS ONLY ONE UNITED STATES BASED DEFENDANT REMAINED UN-SERVED

**NOW COMES,** Plaintiffs, pursuant to SDNY Local Rule 6.3, and hereby request that this Honorable Court reconsider its ORDER of March 10, 2008, dismissing the case for failure to prosecute. Plaintiffs apologize to the Court for the confusion created by the initial Motion for Extension of Time to Serve which did not attach copies of the summonses already served. Because of this lack of clarity, this Honorable Court mistakenly believed that no defendant in the case had been served with the summons and complaint. Plaintiffs clarify this and advise the Court that ALL defendants located in the United States were properly served prior to the Court's Order <u>except one</u>, Gary French (who Plaintiffs discovered had changed jobs and moved just prior to service).

1.     The time to serve the summons and complaint (within 120 days) expired on midnight March 5th, 2008.   Prior to the expiration, Plaintiffs previously requested additional time to serve all defendants because it was unclear who had actually been properly served (the facsimile fingerprints on the attached exhibits indicate that many executed summonses were not received back by counsel until March 10, 2008).  Plaintiffs clarify the current status of service on defendants as set forth below.

## PROPER & TIMELY SERVICE WAS MADE ON ALL USA DEFENDANTS EXCEPT ONE

2.     Plaintiffs retained process servers and private detectives throughout the United States and in foreign countries.  As indicated by the executed Summonses attached hereto as exhibits, Plaintiffs obtained successful proper and timely service prior to the expiration of the 120 days, and prior to the Court Order signed on March 7, 2008, on the following Defendants:

2.1. All Maxim & Stuff Magazine Defendants in New York, New York,

    2.1.1.   MAXIM MAGAZINE, (Exhibit A)

    2.1.2.   *aka* MAXIM**,** (Exhibit B)

    2.1.3.   STUFF MAGAZINE, (Exhibit C)

    2.1.4.   *aka* STUFF, (Exhibit D)

2.2. Defendant DENNIS STUFF, INC., in New York, New York, (Exhibit E)

2.3. Defendant ALPHA MEDIA GROUP in New York City, (Exhibit F)

2.4. Defendant QUADRANGLE CAPITAL PARTNERS in New York City, (Exhibit G)

2.5. Defendant QUADRANGLE GROUP LLC, in New York City (Exhibit H),

2.6. Defendant STEPHEN COLVIN in Bronxville, New York (Exhibit I),

2.7. Defendant SEAMUS McGRAW in the rural mountains of Pennsylvania (Exhibit J),

3.     Although many services of process were in the final days to perfect service, Plaintiffs have made diligent efforts to serve all the Defendants in this case. Plaintiffs had no prior knowledge that several defendants had moved to London until informed by Maxim's General Counsel when he accepted service for several Defendants.

4.     Plaintiffs spent thousands of dollars in private investigator fees, process server fees, search fees, and legal fees to locate and serve these defendants.

5.    The <u>only</u> Defendants who were not served prior to the Court's order and remain un-served are:

5.1. Dennis Felix who is currently on the Caribbean Island of Mustique.

5.2. Ed Needham, who has moved to London, England.

5.3. Laura Winter, who has moved to London, England.

5.4. Dennis Publishing Inc., which recently changed its name to Dennis Publishing LTD and moved to England.

5.5. Mohammed Nahim Dawari, who lives in Afghanistan.

5.6. Abdul Basset Baktyari, who lives in Afghanistan.

5.7. Gary French, who cannot be located by any of our investigators.

6.    The absence of all but one of these parties remaining un-served will not substantially affect the outcome of this case as it pertains to copyright infringement. Therefore, Plaintiffs would file voluntary dismissals on each of these Defendants and file the returned un-executed summonses with the Clerk if the case were to be returned to active status.  As to only Laura Winter, Plaintiffs respectfully request the Court reconsider an extension of 60 days to serve the Summons and Complaint on Ms. Winter as set for below.

## <u>REQUEST FOR RECONSIDERATION TO SERVE ONLY DEFENDANT – LAURA WINTER</u>

7.    Plaintiffs are solely requesting an extension for <u>one defendant</u>, Laura Winter. Ms. Winter is a necessary party to this action, and this would avoid a future separate action. Until just recently, Laura Winter was believed to be in New York City where Plaintiffs repeatedly tried to locate her.  Upon information and belief, Ms. Winter has, like other defendants, moved to London England.  We have no reason to believe this move was permanent and expect her to return to her prior residence in New York City.

8.    Local Civil Rule 6.3 ("Motions for Reconsideration or Reargument") reads as follows:

> A notice of motion for reconsideration or reargument shall be served within ten (10) days after the docketing of the court's determination of the

original motion. There shall be served with the notice of motion[1] a
memorandum setting forth concisely the matters or controlling decisions
which counsel believes the court has overlooked. The time periods for the
service of answering and reply memoranda, if any, shall be governed by
Local Civil Rule 6.1(a) or (b), as in the case of the original motion. No
oral argument shall be heard unless the court directs that the matter shall
be reargued orally.

S.D.N.Y. & E.D.N.Y. R. 6.3

9.      A motion for reconsideration may be granted where "there is a need to correct
clear error or manifest injustice." *In re Rambus Inc.*, Docket No. 9303,2003 FTC LENS 49
(Mar. 26, 2003) (citing *Regency Communications, Inc. v. Cleartel Communications*, Inc., 212
F. Supp. 2d 1,3 (D.D.C. 2002).

10.     The dismissal of this case, even without prejudice, is an extremely harsh penalty
because it would completely obliterate any chance of justice for the Plaintiffs as re-filing
would be beyond the statute of limitations, *Hamilton Copper & Steel Corp. v. Primary Steel,
Inc.*, 898 F.2d 1428, 1429 (9th Cir.1990).

### CONCLUSION

11.     The Court's Order (Exhibit K) dismissing the case for failure to serve process
upon any Defendant was simply the result of a misunderstanding with the Court relevant to
which parties were actually served and which were not.  For this, Plaintiffs sincerely
apologize.  The service of process in this case has been time consuming and costly.  Still, all
of the Defendants have been served except one who simply cannot be located and those
located outside the United States.  The attorneys for Plaintiffs and the Plaintiffs both request
the time for service be extended for 60 days solely for Defendant Laura Winter to find and
serve Ms. Winter in London.

---

[1] Defendants have not yet entered an appearance, so no Notice of Motion has been served.

**WHEREFORE,** Plaintiffs request this Honorable Court reconsider its Order to Dismiss for failure to prosecute, reinstate the case to active status, and enter an order extending the time to find and serve only Laura Winter for an additional 60 days, and such further relief as be just and proper.

This 12th day of March 2008,

_____s/_____
John Edwards Tiffany,
Attorney (JT7322)
*Counsel For Counter Terrorist Group US*
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel:  (973) 242-3700
Fax: (973) 242-3799
Mobile: (973) 454-9633
www.JohnTiffanyLaw.com
Email: Jet@Jet4Law.com


Vijayant Pawar (VP-7642)
Lead Counsel for *Counter Terrorist Group US* Law Offices of VIJAYANT PAWAR
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Phone: (973) 267-4800
Fax:    (973) 215-2882
www.pawarlaw.com
Email: vpawar@pawarlaw.com


J. K. Idema, *Plaintiff*
12 Jonathan Lane
Poughkeepsie, NY 12603

# EXHIBIT LIST – PROOFS OF SERVICE

**Exhibit A-**

Defendant MAXIM MAGAZINE served in New York, New York

**Exhibit B-**

Defendant MAXIM served in New York, New York

**Exhibit C-**

Defendant STUFF MAGAZINE served in New York, New York

**Exhibit D-**

Defendant STUFF served in New York, New York

**Exhibit E-**

Defendant DENNIS STUFF, INC. served in New York City,

**Exhibit F-**

Defendant ALPHA MEDIA GROUP served in New York City,

**Exhibit G-**

Defendant QUADRANGLE CAPITAL PARTNERS served in New York

**Exhibit H-**

Defendant QUADRANGLE GROUP LLC served in New York

**Exhibit I-**

Defendant STEPHEN COLVIN served in Bronxville, New York

**Exhibit J-**

Defendant SEAMUS McGRAW served in Pennsylvania

# EXHIBIT LIST – COURT'S ORDER

**Exhibit K-**

March 7, 2008 (filed March 10, 2008) Order of Court Dismissing for
Failure to Prosecute for failure to serve any Defendant.

# Exhibit A

03/10/2008  17:12    19735898812              PAUL W BERGRIN ESQ                    PAGE  03/07

Case 1:07-cv-09827-DAB    Document 14    Filed 03/13/2008    Page 8 of 42
FROM :BM PROCESS SERVERS        FAX NO. :9148030386              Mar. 10 2008 06:41AM P11

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK

Counterr Group,
Counter Terrorist Group US, and J. K. Idema,

**SUMMONS IN A CIVIL ACTION**

V.

MAXIM MAGAZINE, aka MAXIM,
STUFF MAGAZINE, aka STUFF, et al

CASE NUMBER:  07-CIV-

**07 CIV 9827**

TO: (Name and address of Defendant)

MAXIM MAGAZINE
1040 Avenue of Americas
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    NOV 0.5 2007

CLERK _____              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/4/08  @  11:45 Am |
| NAME OF SERVER (PRINT)   Bradly  Kasten | TITLE   Process  Server |

Check one box below to indicate appropriate method of service

- [X] Served personally upon the defendant. Place where served:  1040   Avenue  of  Americas 14th fl
NYC  NY  10018

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

- [ ] Returned unexecuted:

- [ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL   $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/5/08___          _Bradly Kasten_
                Date                 Signature of Server

              43 Bronx River Rd
              Address of Server
              Yonkers  NY 10704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit B

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK _____

Counterr Group,
Counter Terrorist Group US, and J. K. Idema,

V.

MAXIM MAGAZINE, aka MAXIM,
STUFF MAGAZINE, aka STUFF, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-CIV-

## 07 CIV 9827

TO: (Name and address of Defendant)

MAXIM
1040 Avenue of Americas
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                NOV 0 5 2007

CLERK _____                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/4/08  @  11:45 AM |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Bradley Kasten | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/08
_____
Date

_____
Signature of Server

43 Bronx River Rd
_____
Address of Server
Yonkers NY 10704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit C

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK

Counterr Group,
Counter Terrorist Group US, and J. K. Idema,

V.

MAXIM MAGAZINE; aka MAXIM,
STUFF MAGAZINE, aka STUFF, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07-CIV-

'07 CIV 9827

TO: (Name and address of Defendant)

STUFF MAGAZINE
1040 Avenue of Americas
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

NOV 0 5 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 3/4/08 @ 11:45 Am |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) Bradley Kosten | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/08
                   Date

Signature of Server  Bradley Kosten

43 Bronx River Rd
Address of Server
Yonkers NY 10704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit D

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK

Counterr Group,
Counter Terrorist Group US, and J. K. Idema,

V.

MAXIM MAGAZINE; aka MAXIM,
STUFF MAGAZINE, aka STUFF, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-CIV-

**'07 CIV 9827**

TO: (Name and address of Defendant)

STUFF
1040 Avenue of Americas
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

NOV 0 5 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/4/08 @ 1145Am |
| NAME OF SERVER (PRINT) Bradley Kasten | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/5/08
              Date

Signature of Server

43 Bronx River Rd
Address of Server  Yonkers  NY 10704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit E

03/10/2008  17:17    19735898812              PAUL W BERGRIN ESQ                        PAGE  05/10

Case 1:07-cv-09827-DAB    Document 14    Filed 03/13/2008    Page 20 of 42
FROM :BM PROCESS SERVERS           FAX NO. :9148030386          Mar. 10 2008 06:37AM P3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN                District of                NEW YORK

Counterr Group,
Counter Terrorist Group US, and J. K. Idema,

**SUMMONS IN A CIVIL ACTION**

V.

MAXIM MAGAZINE; aka MAXIM,
STUFF MAGAZINE, aka STUFF, et al

CASE NUMBER:  07-CIV-

**'07 CIV 9827**

TO: (Name and address of Defendant)

DENNIS STUFF, INC.
1040 Avenue of Americas
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      NOV 0 5 2007

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/4/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Bradley Kasten | Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/5/08___          _Bradley Kasten_
            Date              Signature of Server

                              43 Bronx River Rd
                              Address of Server
                              Yonkers NY 10704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit F

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK

Counterr Group,
Counter Terrorist Group US, and J. K. Idema,

V.

MAXIM MAGAZINE; aka MAXIM,
STUFF MAGAZINE, aka STUFF, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07-CIV-

## '07 CIV 9827

TO: (Name and address of Defendant)

Alpha Media Group Inc.
1040 6th Avenue, Floor 23
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          NOV 0 5 2007

CLERK                                       DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 3/4/08 @ 11:45 Am |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT)  Bradley Kasten | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _3/5/08_____   _Bradley Kast_____
Date              Signature of Server

43 Bronx River Rd
Address of Server   NY   10704
Yonkers

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit G

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF:    **SUMMONS IN A CIVIL CASE, COMPLAINT**
EFFECTED (1) BY ME:    **MALGORZATA SLADEK**
TITLE:    **PROCESS SERVER**    DATE: **03/04/2008  03:21PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

QUADRANGLE CAPITAL PARTNERS

Place where served:

375 PARK AVE   NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ROBIN COHEN

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__ AGE: 21-35__ HEIGHT: 5'4"-5'8"__ WEIGHT: 100-130 LBS.____ SKIN: WHITE____ HAIR: BLONDE__ OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03 / 04 / 20 08    _____ L.S.
    SIGNATURE OF MALGORZATA SLADEK
    GUARANTEED SUBPOENA SERVICE, INC.    03 - 04 - 08
    2009 MORRIS AVENUE
    UNION, NJ 07083

ATTORNEY:    JOHN EDWARD TIFFANY, ESQ
PLAINTIFF:    COUNTER GROUP, ET AL
DEFENDANT:    MAXIM MAGAZINE, ET AL
VENUE:    NYDISTRICT
DOCKET:    07 CV 9827

JANIHA SAN IIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

T Z

# Exhibit H

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**    DATE: **03/04/2008  03:20PM** |

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

QUADRANGLE GROUP, LLC

Place where served:

375 PARK AVE.  NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ROBIN COHEN

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F___ AGE: 21-35___ HEIGHT: 5'4"-5'8"___ WEIGHT: 100-130 LBS.___    SKIN: WHITE___    HAIR: BLONDE___ OTHER: GLASSES___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03_/ 04_/ 20_08___        _(signature)_ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

03-04-08

| | |
|---|---|
| ATTORNEY: | JOHN EDWARD TIFFANY, ESQ |
| PLAINTIFF: | COUNTER GROUP, ET AL |
| DEFENDANT: | MAXIM MAGAZINE, ET AL |
| VENUE: | NYDISTRICT |
| DOCKET: | 07 CV 9827 |

JANIHA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

T Z

# Exhibit I

03/10/2008   17:17   19735898812                    PAUL W BERGRIN ESQ                    PAGE   03/10

Case 1:07-cv-09827-DAB    Document 14    Filed 03/13/2008    Page 30 of 42   P1
FROM : BM PROCESS SERVERS          FAX NO. :9148030386        Mar. 10 2008 06:36AM P1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____    District of    _____NEW YORK_____

Counterr Group,
Counter Terrorist Group US, and J. K. Idema,

V.

MAXIM MAGAZINE, aka MAXIM,
STUFF MAGAZINE, aka STUFF, et al

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   07-CIV-

## '07 CIV 9827

TO: (Name and address of Defendant)

STEPHEN COLVIN
c/o DENNIS PUBLISHING, INC.
1040 Avenue of Americas
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              NOV 0 5 2007

CLERK                                           DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/4/08 |

| NAME OF SERVER (PRINT) Bradley Kasten | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Philippa Colvin, wife*

☐ Returned unexecuted:

**Summons and Complaint were served with Requests for Admissions, Production, and Interrogatories attached thereto.**

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/5/08
Date

_Signature of Server_

413 Bronx River Rd
Address of Server
Yonkers NY 10704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Service Information and Photographs and Maps for Stephen Colvin**



2006

**Stephen Colvin**
**(Wife: Phyllis COLVIN)**
**27 Locust Lane, Bronxville,**
**New York 10708**

Is supposed to be home after 6pm Monday 3/3/08

Relatives believed to live at the house:
Wife:        PHYL COLVIN
Children:    JOSEPH S COLVIN
              PHILIPPA M COLVIN
              ANO COLVIN



2008

**Stephen Colvin**
Executive Vice President
CNET Networks Entertainment & Lifestyle

Stephen Colvin, executive vice president, is responsible for overseeing CNET Networks' Entertainment and Lifestyle brands, which includes leading properties such as GameSpot, TV.com, MP3.com, FilmSpot, CHOW, and UrbanBaby. Previously CEO of Dennis Publishing, the publisher of *Maxim*, *Blender* and *Stuff* magazine.



1

**Service Information and Photographs and Maps for Stephen Colvin**





**Service Information and Photographs and Maps for Stephen Colvin**



Map For Service on Stephen J. Colvin
27 Locust Lane, Bronxville, NY 10708



Map For Service on Stephen J. Colvin
27 Locust Lane, Bronxville, NY 10708

3

# Exhibit J

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN                    District of                    NEW YORK

Counterr Group,
Counter Terrorist Group US, and J. K. Idema,

V.

MAXIM MAGAZINE; aka MAXIM,
STUFF MAGAZINE, aka STUFF, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07-CIV-

'07 CIV 9827

TO: (Name and address of Defendant)

SEAMUS MCGRAW
c/o STUFF MAGAZINE
1040 Avenue of Americas
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _____    DATE    NOV 05 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  3-4-2008 |
| NAME OF SERVER (PRINT)  RICHARD L PORVAZNIK | TITLE  PA STATE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Mailed from Marshalls Creek PO, 18335

☐ Returned unexecuted: Deported with us postal Service

**Summons and Complaint were served with Requests for Admissions, Production, and Interrogatories attached thereto.**

☒ Other (specify): Priority Mail                18301

MAILED FIRST CLASS TO :455 WINONA LAKES E. STROUDSBURG PA

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $ 55 00 | SERVICES  Service fee 15ᵉ Assmage 5ᵉ | TOTAL  $75 00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-4-2008
_____        _____
Date                    Signature of Server

PO Box 212
_____
Address of Server

MARSHALLS CREEK, PA
18335

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

<u>**MAXIM/STUFF Player List- Seamus McGraw**</u>

Seamus McGraw: (**570**) **588**-**6000** Mountain Pass Rd, East Stroudsburg, PA 18301
Seamus McGraw Email:   <u>seamusm@ptd.net</u>

<u>Served By:</u>

**Rick Porvaznik PA State Constable**
PO Box 212, Marshalls Creek, PA  (570) 872-3781      <u>rickpor@peoplepc.com</u>
PDF Email documents.  $50 to serve.  Add $25 for prompt fast service and printing of
documents.  Next day Priority Check for $75.  Put on list of primary people we use for
PA and NJ.  **CALL 24/7  570-872-3781 – This guy answers even on Sunday.**

<u>Service Information:</u>

Directions to House As Written by McGraw:

From New Jersey or New York or other points east: Take I-80 West to the first exit in
Pennsylvania, Exit 310, after the toll. Once you are on the exit ramp take the first right to Route
611 south/Visitor's Center. The ramp curves around; at the traffic light, go STRAIGHT across
the divided highway (you'll see the white visitors center on the right after you cross). You will
now be on River Road.

From Lehigh Valley, Philadelphia: Get to Route 22 east to Route 33 north. Take Route 33 north
17 miles, staying straight on Route 209 north when Route 33 splits off to go toward Interstate 80
WEST. You want Interstate 80 EAST, so stay on Route 209 north. Take I-80 East to Exit 310,
the last exit before the Delaware River. At the exit ramp, stay in the left-hand lane and make the
left at the first traffic light. The visitors center will be to your left (it'll be on your right side after
you make the turn).

From all points, once on River Road:
Take River Road a couple of miles, past the Shawnee Inn resort. Once you see Sam Snead's
restaurant on the right, followed by the beige-clapboard Shawnee General Store, get ready to turn
LEFT onto Hollow Road. Follow the twists and turns of Hollow Road another couple of miles.
You'll see Shawnee Play Place water park on your right -- turn left there onto Frutchey Road.

At the end of this road, turn right. You're now on Route 209 north. Quite quickly, you'll see
Country Club of the Poconos on the left. Right after that, on the left, is Sellersville Drive. There's
a McDonald's on the corner.

Make a left onto Sellersville Drive. You're going about two miles. You'll go through two quick
stop signs. AFTER the second stop sign, make the first right onto Upper Lakeview Drive (don't
be taken in by Lower Lakeview Drive, an earlier street).

Take Upper Lakeview about a half-mile and make the first left onto Turkey Ridge Road. Go
about another half-mile, past Stony Ledge Road, and make the next right into the Winona Lakes
development. The turn comes up very suddenly at the top of a hill and on a curve, so drive
slowly.

1

The main entrance has big wooden signs saying "Winona Lakes - Kakhout Mountain" and the street is Clubhouse Drive.

Take this road straight, through two stop signs, down a very steep hill, across a one-lane bridge, up a very steep hill with a hairpin turn.

After all this, drive another a mile and the first left turn is Hilltop Circle, a gravel road. Make the left, then make your second left onto Mountain Pass.

Our house is about halfway down the hill, on the right-hand side. It's the only paved driveway on Mountain Pass. There's a small wooden sign that says LOT 11 on the telephone pole just before the driveway.

The driveway is about 300 feet long and our house is at the end of it, a two-story red cedar house. We have three dogs, but they're all harmless. Even the Rottweiler.

PHONE NUMBER: 570-588-6000. Cells usually don't work in this area.

---

McGraw is a writer who works from home.  In this case, he is probably the only good guy. According to him, he is only in the case because of what his bosses did.

**Satellite map of house location:**



## About Seamus McGraw

 Seamus McGraw has been writing about crime and criminals for nearly 20 years.

He was formerly senior writer for the popular true crime site, APBnews, and before that, he was a columnist and crime writer for the *Bergen Record*. McGraw has won numerous journalism awards including the Associated Press Managing Editors Freedom of Information Award for a series of stories on police secrecy. Most recently, he was honored by the Casey Foundation for his reporting on issues involving Megan's Law.

McGraw has written for *SPIN* magazine, *Stuff, Reader's Digest, LexisOne*, and *The Forward*.

McGraw lives in the bear infested woods of Northeastern PA with his wife, Karen, four children, Miriam, Yona, Seneca and Liam, and their dogs, Girl, Dharma and Dogma.

# Exhibit K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
COUNTER TERRORIST GROUP US, ET AL.

Plaintiffs,

-against-

MAXIM MAGAZINE, a/k/a MAXIM, ET AL.

Defendants.
----------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/7/2008 |

07 Civ. 9827 (DAB)
ORDER

DEBORAH A. BATTS, United States District Judge.

The Complaint in this action was file on November 5, 2007
but Plaintiffs have yet to complete service of process upon any
of the Defendants named in this action.  Plaintiffs filed an ex
parte motion seeking to extend the time to serve the summons and
complaint in this case for an additional ninety (90) days (Docket
Entry No. 4).  Plaintiffs' motion is DENIED.  The Court hereby
ORDERS that the Complaint in this matter be DISMISSED WITHOUT
PREJUDICE for failure to prosecute.  See Lyell Theatre Corp. v.
Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a
district court's authority to dismiss an action for plaintiff's
failure to prosecute "cannot seriously be doubted").  The Clerk
of Court is directed to close the docket for this case.

SO ORDERED.

Dated:    New York, New York
          March 7, 2008

                                    Deborah A. Batts

                                    DEBORAH A. BATTS
                                    United States District Judge