```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
COUNTER TERRORIST GROUP US, ET AL.

                              Plaintiffs,
                                                07 Civ. 9827 (DAB)
        -against-                               ORDER

MAXIM MAGAZINE, a/k/a MAXIM, ET AL.

                              Defendants.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2008

DEBORAH A. BATTS, United States District Judge.

On March 7, 2008, the Court dismissed Plaintiffs' Complaint without prejudice, for failure to prosecute. Plaintiffs have moved the Court to reconsider the March 7, 2008 Order. Plaintiffs concede that they had not served all of the Defendants named in the Complaint within the 120 day time period provided by Fed. R. Civ. P. 4(m). The Court therefore sees no reason to reconsider its March 7, 2008 Order. Accordingly, Plaintiffs' Ex Parte Motion to Reconsider (Docket Entry No. 14) is hereby DENIED.

SO ORDERED.

Dated:   New York, New York
         July 31, 2008

                                    _____
                                    DEBORAH A. BATTS
                                    United States District Judge