**UNITED STATES DISTRICT COURT**
For The Southern District Of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 2 2008

COUNTER TERRORIST GROUP US,  )
COUNTERR GROUP, *and* J. K. IDEMA,  )
        *Plaintiffs,*  )
   v.  )
    )
MAXIM MAGAZINE, aka MAXIM,  )
STUFF MAGAZINE, aka STUFF,  )
DENNIS STUFF, INC.,  )
DENNIS PUBLISHING, INC.,  )
ALPHA MEDIA GROUP,  )
QUADRANGLE CAPITAL PARTNERS,  )
QUADRANGLE GROUP LLC,  )
FELIX DENNIS, ED NEEDHAM,  )
GARY FRENCH, STEPHEN COLVIN,  )
SEAMUS McGRAW, LAURA WINTER,  )
MOHAMMED NAHIM DAWARI, ABDUL  )
BASSET BAKTYARI, JOHN DOES 1-7,  )
        *Defendants.*  )

Case # 07 CV 9827 (DAB)

**NOTICE OF APPEAL
IN A CIVIL CASE**

    Notice is hereby given that Plaintiffs, Counter Terrorist Group US, Counterr Group, and J.K. Idema hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the Honorable Deborah A. Batts, dismissing the case for lack of prosecution and denying Plaintiffs'' Motion for Reconsideration, entered in this action on the 1st day of August, 2008.

    This 1st day of September 2008.

[signature]
J.K. Idema
12 Jonathan Lane
Poughkeepsie, NY 12603
Fax:   480/246-5626

[signature]
John Edwards Tiffany, Attorney (JT7322)
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799
Email: Jet@Jet4Law.com